LEONA BUILDING CORP., Landlord, Appellant, *v.* SAM RICE, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, October 6, 1949.

*Seymour C. Simon* for appellant.

*Sam Rice,* respondent in person.

*Per Curiam.* The erection and maintenance of a television antenna on the roof of the landlord's premises was, under the circumstances disclosed, an intrusion or squatting within the purview of section 1411 of the Civil Practice Act (*Miltonian Realty Corp.* v. *Forman,* N. Y. L. J., Jan. 3, 1949, p. 12, col. 4).

The final order should be unanimously reversed upon the law, with $30 costs to landlord, and final order directed for landlord as prayed for in the petition.

STEINBRINK, FENNELLY and RUBENSTEIN, JJ., concur.

Final order reversed, etc.